# In the United States Court of Federal Claims

No. 20-540T
Filed: November 5, 2020

| |
|---|
| MARY A. HILL and AARON E. FUHRMAN,<br><br>      *Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES,<br><br>      *Defendant*. |

## ORDER

On November 5, 2020, Plaintiffs filed a Motion for Voluntary Dismissal under RCFC 41(a)(2). (ECF No. 14). The parties agree that Plaintiffs' Complaint should be dismissed without prejudice. That Motion is **GRANTED**, the Clerk is directed to enter judgment.

**IT IS SO ORDERED.**

                                                              s/     David A. Tapp
                                                              DAVID A. TAPP, Judge